ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
FEB 29 2012
DAVID CREWS, CLERK
BY _____ Deputy

_Ollie G Ray_
**Plaintiff**

v.

CASE NO. _2 12CV037-M-A_

_Desoto County Sheriff Jail_
**Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: _Ollie Gene Ray Jr._

   B. Name under which sentenced: _Ollie Gene Ray JR_

   C. Inmate identification number: _____

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): _9 Thomas Cove, Byhalia, MS 38611_

   E. Place of confinement: _Desoto County Jail_

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: _Desoto County Jail_

   Title (Superintendent, Sheriff, etc.): _Bill Rasco, Ct Wicker_

   Defendant's mailing address (street or post office box number, city, state, ZIP): _911 West South Street, Hernando MS 38632_

ND Miss. Form P3. Complaint Challenging Conditions of Confinement (4/00)  Page 2

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office. box number, city, state, ZIP) _____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

Name: _____

Title (Superintendent, Sheriff, etc.): _____

Defendant's mailing address (street or post office box number, city, state, ZIP) _____

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes  ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

    B. Court: _____  C. Docket No.: _____

    D. Judge's Name: _____  E. Date suit filed: _____

    F. Date decided: _____  G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes  ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes  ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?    ☐ Yes    ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?    ☒ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

Wrote grievance to Lt. Wicker January, 2012 stating that mold and mildew was growing in county jail, E-cell. He responded that he would pass this on to maintenance; which maintenance gets a report every week reporting what is wrong with jail and nothing gets done. January 28, 2012 went to Health Department in Hernando, MS, of which they stated, "No our job." Called Regional Department in Mississippi (same day). This Department did come to jail and looked at this situation.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

Lt. Wicker passed grievance on to Maintenance, no review was applied.

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 4

> **Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

While incarcerated in the DeSoto County, one could noticeably observe the condition of mold + mildew growth on the walls. Asked Lt. Kemp if he had bleach to spray on the walls to kill the growth of Mold + mildew. He explained the jail did not have enough bleach to spray entire premises. January 17, 2012 was the day of reporting how horrendous the conditions in E-cell were to my health as well as other cell mates.

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)  PAGE 5

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

The court needs to have this situation resolved ASAP for all who are incarcerated at the DeSoto County Jail. It is belived that a water leak in the shower stall was not properly fixed, thus allowing water to be retained within the walls. Tearing all the walls out and allowing everything to dry may resolve the situation. Also, I would like the court to pay for all medical cost to have my lungs checked for any conditions that may had happened from the living in such conditions for two weeks.

This Complaint was executed at (location): _____

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 2/3/12

Allen L. Ray Jr.
Plaintiff's Signature



Ollie Gene Ray Jr
9 Thomas Cove
Byhalia, MS 38611

US District Court
District of Mississippi
The Clerk
704
Mississippi 39730

RECEIVED
FEB 29 2012
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

RECEIVED
FEB 29 2012
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

$002.80 FEB 25 2012 ZIP CODE 38671

0120 0000 5782 4302

USPS DELIVERY CONFIRMATION™
United States Postal Service